IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARK MAYES,

    Plaintiff,

v.

ANGIE RAYFIELD, *et al.*,

    Defendants.

Case No. C18-0700RSM

ORDER GRANTING MOTION FOR SERVICE BY U.S. MARSHAL

## I. INTRODUCTION

This matter comes before the Court on Plaintiff's Motion for Service of Summons by U.S. Marshal. Dkt. #7. Plaintiff is proceeding in this matter *in forma pauperis* and therefore seeks assistance with service of the Summons and Complaint on Defendant SEIU 6. For the reasons below, the Court GRANTS the motion.

## II. DISCUSSION

Federal Rule of Civil Procedure 4(c)(3) provides:

> At the plaintiff's request, the court may order that service be made by a United States marshal or deputy marshal or by a person specially appointed by the court. The court must so order if the plaintiff is authorized to proceed *in forma pauperis* under 28 U.S.C. § 1915 or as a seaman under 28 U.S.C. § 1916.

The Rule allows the Court to order service by the Marshal when requested, and mandates it for *in forma pauperis* prisoner plaintiffs proceeding under 28 U.S.C. § 1915.

ORDER– 1

Although Plaintiff was granted leave to proceed *in forma pauperis* in this Court, he is not a prisoner. Thus, service by U.S. Marshal is not mandated. However, the Court recognizes that Plaintiff has limited means and the Court should assist in the service of this matter. Plaintiff has provided sufficient information to effect service of the Summons and Complaint. Accordingly, the Court GRANTS his motion.

### III. CONCLUSION

Having reviewed Plaintiff's motion, and for the reasons stated above, the Court hereby finds and ORDERS:

1. Plaintiff's Motion for Service by U.S. Marshal (Dkt. #7) is GRANTED.

2. The Clerk SHALL issue Summons to Defendant SEIU 6 c/o Mr. Graham Klym at the following address: 3720 Airport Way South, Seattle, WA 98134.

3. The United States Marshal shall send the following to Defendant SEIU 6 by first class mail:

    a. a copy of the Complaint (Dkt. #5) and of this Order;

    b. a copy of the Summons;

    c. two copies of the Notice of Lawsuit and Request for Waiver of Service of Summons;

    d. a Waiver of Service of Summons; and

    e. a return envelope, postage prepaid, addressed to the Clerk's Office.

4. All costs of service shall be advanced by the United States.

5. The Clerk SHALL assemble the necessary documents to effect service.

6. Defendant SEIU 6 shall have **thirty (30) days** within which to return the Waiver of Service of Summons. If Defendant SEIU 6 timely returns the signed Waiver,

he shall have **sixty (60) days** after the date designated on the Notice of Lawsuit to file and serve an Answer or a motion directed to the Complaint, as permitted by Rule 12 of the Federal Rules of Civil Procedure. **If Defendant SEIU 6 fails to timely return the signed Waiver, it will be personally served with a Summons and Complaint, and may be required to pay the full costs of such service, pursuant to Rule 4(d)(2)**. A Defendant who has been personally served shall file an Answer or motion permitted under Rule 12 within **twenty-one (21) days** after service.

7. The Clerk shall mail a copy of this Order to Plaintiff via U.S. Mail.

DATED this 8th day of June 2018.

                                             RICARDO S. MARTINEZ
                                             CHIEF UNITED STATES DISTRICT JUDGE